DAVID L. ANDERSON, CABN 149604
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8978
    Facsimile: 415-744-0134
    Email: francesco.benavides@ssa.gov
Attorneys for Defendant

FILED

Jun 29 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE S. HIGGINS,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 5:19-CV-05905-BLF-NMC<br><br>**JOINT MOTION FOR VOLUNTARY REMAND AND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    THE PARTIES HEREBY MOVE, through their undersigned attorneys and with the approval of the Court, for a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ). The Appeals Council will instruct the ALJ to provide Plaintiff an opportunity for a new hearing; consider new evidence submitted to the Appeals Council;

1

reassess the medical opinion evidence of record, and explain the weight afforded to each of these opinions; reevaluate the claimant's symptoms consistent with 20 C.F.R. § 404.1529 and SSR 16-3p; reassess Plaintiff's residual functional capacity; and issue a new decision.

As noted, if approved, this motion constitutes a remand under the *fourth sentence of Section 205(g)* of the Social Security Act. 42 U.S.C. § 405(g).

Respectfully submitted,

Date: <u>June 29, 2020</u>   Homeless Action Center

<u>/s/ Francesco Benavides for David P. Waggoner*</u>
DAVID P. WAGGONER
(* *by email authorization on June 29, 2020*)
Attorney for Plaintiff

Date: <u>June 29, 2020</u>   DAVID L. ANDERSON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

BY:   <u>/s/ Francesco P. Benavides</u>
FRANCESCO P. BENAVIDES
Special Assistant United States Attorney
Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: June 29, 2020   _____
HONORABLE NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

*GRANTED — Judge Nathanael M. Cousins*

2